339 A.2d 756

**In re Salvator LA RUSSA.**

**Appeal of COMMONWEALTH.**

Supreme Court of Pennsylvania.

Argued Jan. 13, 1975.

Decided July 7, 1975.

Walter M. Phillips, Jr., Philadelphia, for appellant.

A. Charles Peruto, Burton A. Rose, Philadelphia, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

The order of the Superior Court is reversed, 232 Pa. Super. 272, 332 A.2d 553. The order of the Court of Common Pleas of Philadelphia finding appellee in contempt of court is reinstated. Opinions to follow.